IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA R. RESPRESS, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 05-0141-M |
| | : | |
| JO ANNE B. BARNHART, | : | |
| | : | |
|     Defendant. | : | |

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Lisa R. Respress and against Defendant Jo Anne B. Barnhart.

DONE this 11th day of October, 2005.

<u>s/BERT W. MILLING, JR.   </u>
UNITED STATES MAGISTRATE JUDGE