IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LISA R. RESPRESS,                          :
                                           :
    Plaintiff,                         :
                                           :
vs.                                        :   CIVIL ACTION 05-0141-M
                                           :
JO ANNE B. BARNHART,                       :
Commissioner of                           :
Social Security,                          :
                                           :
    Defendant.                         :


<u>JUDGMENT</u>


    It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's

Motion for Award of Attorney's Fees Pursuant to the Equal

Access to Justice Act be and is hereby **GRANTED,** without

objection, and that Plaintiff's attorney, Gilbert B. Laden, be

and is hereby **AWARDED** an EAJA attorney's fee in the amount of

$1,662.50.  No costs are taxed.

    DONE this 28th day of November, 2005.

                            s/BERT W. MILLING, JR.
                            UNITED STATES MAGISTRATE JUDGE